IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARGO M. EDMISTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IDAHO STATE LIQUOR DIVISION, a department of the State of Idaho, and JEFFREY R. ANDERSON, Director of the Idaho State Liquor Division, in his individual and official capacity,<br><br>　　　　　Defendants. | Case No. 1:11-cv-395 BLW<br><br>**PROTECTIVE ORDER PURSUANT TO I.R.C.P. 26(c)** |

　　　　THIS MATTER having come before this Court on the stipulation of the parties, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED and this does hereby prohibit the disclosure of any information designated by either party as "confidential information" or a "proprietary" in response to any discovery requests in the above-captioned action or disclosed through the discovery process, including depositions, deposition exhibits, interrogatories, requests for production of documents, or requests for admissions.

　　　　"Confidential information" shall mean any information related to the above captioned lawsuit which is disclosed by either party through discovery, including by way of example but without limitation: financial data, personnel files that is in possession of the producing party. "Confidential information" shall not include that which: (a) becomes part of the public domain, by publication or otherwise, through no unauthorized act or omission on the part of the receiving party; or (b) is lawfully in the receiving party's possession prior to disclosure by the producing party.

PROTECTIVE ORDER PURSUANT TO I.R.C.P. 26(c)- 1

It is further ordered that since the producing party will suffer irreparable harm in the absence of such protections, all documents produced in this action, all copies thereof, and any summaries, charts, or notes made therefrom, and any facts or information contained therein or derived therefrom, should be disclosed only to the Court and/or to:

    a. Parties to the action and the employees, agents and directors of such parties who may review the information in connection with this action only to the extent necessary for purposes of this lawsuit;

    b. Counsel for the parties hereto and their agents, employees, paralegals, or other secretarial and clerical employees or agents only to the extent necessary for purposes of this lawsuit;

    c. Experts and consultants retained by one or more of the parties to this action or their counsel, to assist in discovery and/or in preparation of this action for trial only to the extent necessary for purposes of this lawsuit;

    d. Court personnel including Stenographic reporters and all those who are involved in depositions, the trial or any hearings or proceedings before the Court in this action including jurors; and

    e. Actual and anticipated witnesses at depositions and the trial of this action only to the extent necessary for purposes of this lawsuit.

It is further ordered that the protections set forth herein extend to non–parties who produce confidential information in response to a subpoena.



DATED: **June 11, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court